UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:13-MJ-1007-RJ

| | |
|---|---|
| United States Of America ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Kurtis Michael Millard ) | |

For cause shown, the special condition of probation imposed on June 12, 2013, requiring the defendant to complete 24 hours community service is hereby stricken.

This the __6__ day of __June__, 2014.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge